**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-21-00409-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Anthony Scott Feldhausen, et al., | |
| Defendants. | |

Pursuant to Stipulation, it is hereby ordered that all counts of the Complaint in the above-captioned case are dismissed without prejudice.

**Accordingly,**

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 18), the Complaint is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs shall file any motion seeking recovery of their costs of litigation (including reasonable attorney and expert witness fees) within four months of the date of this Order.

Dated this 12th day of August, 2022.

Honorable David C. Bury
United States District Judge