**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-21-00409-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Anthony Scott Feldhausen, et al., | |
| Defendants. | |

In accord with the Stipulation of Plaintiffs Center for Biological Diversity and Maricopa Audubon Society and Defendants (collectively "the Parties"), and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Parties' Stipulation on Attorneys' Fees and Costs (Doc. 20) is hereby approved.

Dated this 20th day of December, 2022.

_____
Honorable David C. Bury
United States District Judge